**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Medtronic Sofamor Danek USA, Inc. dba MSD USA** |
| Bankruptcy Case: | **Verity Health System of California, Inc.** |
| Preference Period: | **Jun 2, 2018 - Aug 31, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937376-4 | 4/2/2018 | $1,682.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047431-1 | 4/26/2018 | $8,410.00 |
| O'Connor Hospital | O'Connor Hospital | 290939 | $550.80 | 7/18/2018 | 612005784 | 4/18/2018 | $550.80 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937376-9 | 4/2/2018 | $1,682.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937376-8 | 4/2/2018 | $1,682.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937376-7 | 4/2/2018 | $1,682.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047450-2 | 4/26/2018 | $808.50 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937376-5 | 4/2/2018 | $3,364.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047431-4 | 4/26/2018 | $3,364.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937376-3 | 4/2/2018 | $1,682.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937376-2 | 4/2/2018 | $1,682.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937376-17 | 4/2/2018 | $3,364.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937376-16 | 4/2/2018 | $3,364.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937376-15 | 4/2/2018 | $3,364.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937376-14 | 4/2/2018 | $1,682.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937376-6 | 4/2/2018 | $1,682.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047441-2 | 4/26/2018 | $3,364.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611821448-1 | 3/2/2018 | $285.47 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047441-9 | 4/26/2018 | $1,500.54 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047441-8 | 4/26/2018 | $539.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047441-7 | 4/26/2018 | $1,682.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047441-6 | 4/26/2018 | $539.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047441-5 | 4/26/2018 | $1,704.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047431-2 | 4/26/2018 | $10,092.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047441-3 | 4/26/2018 | $3,364.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047431-3 | 4/26/2018 | $5,046.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047441-1 | 4/26/2018 | $3,364.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047431-8 | 4/26/2018 | $3,364.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047431-7 | 4/26/2018 | $1,515.20 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047431-6 | 4/26/2018 | $3,834.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047431-5 | 4/26/2018 | $880.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937376-11 | 4/2/2018 | $3,621.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047441-4 | 4/26/2018 | $3,364.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611932608-4 | 3/30/2018 | $880.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937376-13 | 4/2/2018 | $1,682.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937356-2 | 4/2/2018 | $8,410.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937356-1 | 4/2/2018 | $1,515.20 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611932608-9 | 3/30/2018 | $3,364.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611932608-8 | 3/30/2018 | $1,682.00 |

Medtronic Sofamor Danek USA, Inc. dba MSD USA (2248088)
Bankruptcy Case: Verity Health System of California, Inc.

Aug 24, 2020                    Exhibit A                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611932608-7 | 3/30/2018 | $1,682.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937356-4 | 4/2/2018 | $1,682.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611932608-5 | 3/30/2018 | $2,556.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937356-5 | 4/2/2018 | $3,364.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611932608-3 | 3/30/2018 | $3,364.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611932608-2 | 3/30/2018 | $3,364.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611932608-11 | 3/30/2018 | $1,682.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611932608-10 | 3/30/2018 | $5,046.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611932608-1 | 3/30/2018 | $1,682.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611821448-3 | 3/2/2018 | $3,476.88 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611932608-6 | 3/30/2018 | $1,515.20 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937363-3 | 4/2/2018 | $1,682.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047450-3 | 4/26/2018 | $1,704.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937376-10 | 4/2/2018 | $1,760.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937376-1 | 4/2/2018 | $1,682.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937363-8 | 4/2/2018 | $3,364.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937363-7 | 4/2/2018 | $1,078.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937363-6 | 4/2/2018 | $3,364.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937356-3 | 4/2/2018 | $3,364.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937363-4 | 4/2/2018 | $1,704.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937376-12 | 4/2/2018 | $1,515.20 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937363-2 | 4/2/2018 | $3,364.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937363-1 | 4/2/2018 | $882.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937356-9 | 4/2/2018 | $2,130.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937356-8 | 4/2/2018 | $880.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937356-7 | 4/2/2018 | $213.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937356-6 | 4/2/2018 | $1,682.00 |
| O'Connor Hospital | O'Connor Hospital | 290651 | $108,111.95 | 6/11/2018 | 611937363-5 | 4/2/2018 | $1,682.00 |
| O'Connor Hospital | O'Connor Hospital | 292450 | $21,557.77 | 8/17/2018 | 612155064-1 | 5/24/2018 | $241.78 |
| O'Connor Hospital | O'Connor Hospital | 292450 | $21,557.77 | 8/17/2018 | 612162478-2 | 5/25/2018 | $852.00 |
| O'Connor Hospital | O'Connor Hospital | 292450 | $21,557.77 | 8/17/2018 | 612162478-1 | 5/25/2018 | $1,682.00 |
| O'Connor Hospital | O'Connor Hospital | 292450 | $21,557.77 | 8/17/2018 | 612155071-3 | 5/24/2018 | $1,200.00 |
| O'Connor Hospital | O'Connor Hospital | 292450 | $21,557.77 | 8/17/2018 | 612155071-2 | 5/24/2018 | $148.75 |
| O'Connor Hospital | O'Connor Hospital | 292450 | $21,557.77 | 8/17/2018 | 612155071-1 | 5/24/2018 | $1,263.76 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047450-1 | 4/26/2018 | $882.00 |
| O'Connor Hospital | O'Connor Hospital | 292450 | $21,557.77 | 8/17/2018 | 612155064-2 | 5/24/2018 | $156.00 |
| O'Connor Hospital | O'Connor Hospital | 292450 | $21,557.77 | 8/17/2018 | 612162478-5 | 5/25/2018 | $3,364.00 |
| O'Connor Hospital | O'Connor Hospital | 292450 | $21,557.77 | 8/17/2018 | 612142383-3 | 5/22/2018 | $3,478.35 |
| O'Connor Hospital | O'Connor Hospital | 292450 | $21,557.77 | 8/17/2018 | 612142383-2 | 5/22/2018 | $3,476.88 |
| O'Connor Hospital | O'Connor Hospital | 292450 | $21,557.77 | 8/17/2018 | 612142383-1 | 5/22/2018 | $570.94 |
| O'Connor Hospital | O'Connor Hospital | 292345 | $16,986.22 | 8/17/2018 | 612047426 | 4/26/2018 | $966.21 |
| O'Connor Hospital | O'Connor Hospital | 292345 | $16,986.22 | 8/17/2018 | 612047418-3 | 4/26/2018 | $570.94 |
| O'Connor Hospital | O'Connor Hospital | 292345 | $16,986.22 | 8/17/2018 | 612047418-2 | 4/26/2018 | $6,367.68 |
| O'Connor Hospital | O'Connor Hospital | 292450 | $21,557.77 | 8/17/2018 | 612155064-3 | 5/24/2018 | $854.88 |
| O'Connor Hospital | O'Connor Hospital | 292558 | $29,944.00 | 8/22/2018 | 612180552-12 | 5/31/2018 | $660.00 |
| O'Connor Hospital | O'Connor Hospital | 292558 | $29,944.00 | 8/22/2018 | 612180552-8 | 5/31/2018 | $5,550.00 |
| O'Connor Hospital | O'Connor Hospital | 292558 | $29,944.00 | 8/22/2018 | 612180552-7 | 5/31/2018 | $1,387.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| O'Connor Hospital | O'Connor Hospital | 292558 | $29,944.00 | 8/22/2018 | 612180552-6 | 5/31/2018 | $4,162.50 |
| O'Connor Hospital | O'Connor Hospital | 292558 | $29,944.00 | 8/22/2018 | 612180552-5 | 5/31/2018 | $2,775.00 |
| O'Connor Hospital | O'Connor Hospital | 292558 | $29,944.00 | 8/22/2018 | 612180552-4 | 5/31/2018 | $2,775.00 |
| O'Connor Hospital | O'Connor Hospital | 292558 | $29,944.00 | 8/22/2018 | 612180552-3 | 5/31/2018 | $1,387.50 |
| O'Connor Hospital | O'Connor Hospital | 292450 | $21,557.77 | 8/17/2018 | 612162478-3 | 5/25/2018 | $1,682.00 |
| O'Connor Hospital | O'Connor Hospital | 292558 | $29,944.00 | 8/22/2018 | 612180552-13 | 5/31/2018 | $3,159.00 |
| O'Connor Hospital | O'Connor Hospital | 292450 | $21,557.77 | 8/17/2018 | 612162478-4 | 5/25/2018 | $1,682.00 |
| O'Connor Hospital | O'Connor Hospital | 292558 | $29,944.00 | 8/22/2018 | 612180552-11 | 5/31/2018 | $2,775.00 |
| O'Connor Hospital | O'Connor Hospital | 292558 | $29,944.00 | 8/22/2018 | 612180552-10 | 5/31/2018 | $1,387.50 |
| O'Connor Hospital | O'Connor Hospital | 292558 | $29,944.00 | 8/22/2018 | 612180552-1 | 5/31/2018 | $1,150.00 |
| O'Connor Hospital | O'Connor Hospital | 292450 | $21,557.77 | 8/17/2018 | 612162478-7 | 5/25/2018 | $500.18 |
| O'Connor Hospital | O'Connor Hospital | 292450 | $21,557.77 | 8/17/2018 | 612162478-6 | 5/25/2018 | $404.25 |
| O'Connor Hospital | O'Connor Hospital | 292345 | $16,986.22 | 8/17/2018 | 612047409-2 | 4/26/2018 | $285.47 |
| O'Connor Hospital | O'Connor Hospital | 292558 | $29,944.00 | 8/22/2018 | 612180552-2 | 5/31/2018 | $1,387.50 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047460-1 | 4/26/2018 | $148.75 |
| O'Connor Hospital | O'Connor Hospital | 292345 | $16,986.22 | 8/17/2018 | 612047418-1 | 4/26/2018 | $589.01 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047473-1 | 4/26/2018 | $2,100.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047467-4 | 4/26/2018 | $285.14 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047467-3 | 4/26/2018 | $1,489.20 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047467-2 | 4/26/2018 | $148.75 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047467-1 | 4/26/2018 | $1,911.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047473-3 | 4/26/2018 | $300.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047460-2 | 4/26/2018 | $1,367.76 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047473-4 | 4/26/2018 | $1,250.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047450-9 | 4/26/2018 | $3,364.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047450-8 | 4/26/2018 | $3,364.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047450-7 | 4/26/2018 | $1,682.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047450-6 | 4/26/2018 | $1,682.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047450-5 | 4/26/2018 | $1,682.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047450-4 | 4/26/2018 | $1,682.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047460-3 | 4/26/2018 | $1,191.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612088218-1 | 5/7/2018 | $571.52 |
| O'Connor Hospital | O'Connor Hospital | 292558 | $29,944.00 | 8/22/2018 | 612180552-9 | 5/31/2018 | $1,387.50 |
| O'Connor Hospital | O'Connor Hospital | 292345 | $16,986.22 | 8/17/2018 | 612047409-1 | 4/26/2018 | $294.51 |
| O'Connor Hospital | O'Connor Hospital | 292345 | $16,986.22 | 8/17/2018 | 612047399-3 | 4/26/2018 | $3,476.88 |
| O'Connor Hospital | O'Connor Hospital | 292345 | $16,986.22 | 8/17/2018 | 612047399-2 | 4/26/2018 | $966.21 |
| O'Connor Hospital | O'Connor Hospital | 292345 | $16,986.22 | 8/17/2018 | 612047399-1 | 4/26/2018 | $285.47 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612088218-4 | 5/7/2018 | $156.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047473-2 | 4/26/2018 | $300.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612088218-2 | 5/7/2018 | $6,960.69 |
| O'Connor Hospital | O'Connor Hospital | 292345 | $16,986.22 | 8/17/2018 | 612047409-3 | 4/26/2018 | $3,183.84 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047479-5 | 4/26/2018 | $1,300.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047479-4 | 4/26/2018 | $1,157.60 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047479-3 | 4/26/2018 | $408.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047479-2 | 4/26/2018 | $480.00 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047479-1 | 4/26/2018 | $1,157.60 |
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612047473-5 | 4/26/2018 | $282.30 |

Medtronic Sofamor Danek USA, Inc. dba MSD USA (2248088)
Bankruptcy Case: Verity Health System of California, Inc.

Aug 24, 2020                                   Exhibit A                                   P. 3

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| O'Connor Hospital | O'Connor Hospital | 291940 | $102,702.24 | 7/18/2018 | 612088218-3 | 5/7/2018 | $6,960.69 |
| **Totals:** | | **6 transfer(s),** | **$279,852.98** | | | | |