

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Medtronic Sofamor Danek USA, Inc. dba MSD USA** |
| Bankruptcy Case: | **Verity Health System of California, Inc.** |
| Preference Period: | **Jun 2, 2018 - Aug 31, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| St. Francis Medical Center | St. Francis Medical Center | 458301 | $31,274.57 | 6/13/2018 | 611992925-4 | 4/16/2018 | $9,120.00 |
| St. Francis Medical Center | St. Francis Medical Center | 457760 | $16,185.30 | 6/4/2018 | 611920244 | 3/28/2018 | $3,800.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162003-11 | 5/25/2018 | $520.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162003-10 | 5/25/2018 | $574.06 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162003-1 | 5/25/2018 | $365.06 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612161699-2 | 5/25/2018 | $5,225.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612161699-1 | 5/25/2018 | $3,800.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612161693 | 5/25/2018 | $2,612.50 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612161688 | 5/25/2018 | $3,800.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458301 | $31,274.57 | 6/13/2018 | 611999626 | 4/17/2018 | $229.50 |
| St. Francis Medical Center | St. Francis Medical Center | 458301 | $31,274.57 | 6/13/2018 | 611992925-9 | 4/16/2018 | $1,892.19 |
| St. Francis Medical Center | St. Francis Medical Center | 458301 | $31,274.57 | 6/13/2018 | 611992925-8 | 4/16/2018 | $1,096.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458301 | $31,274.57 | 6/13/2018 | 611992925-7 | 4/16/2018 | $452.21 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162003-13 | 5/25/2018 | $374.19 |
| St. Francis Medical Center | St. Francis Medical Center | 458301 | $31,274.57 | 6/13/2018 | 611992925-5 | 4/16/2018 | $1,168.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162003-2 | 5/25/2018 | $8,775.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458301 | $31,274.57 | 6/13/2018 | 611992925-3 | 4/16/2018 | $8,425.60 |
| St. Francis Medical Center | St. Francis Medical Center | 458301 | $31,274.57 | 6/13/2018 | 611992925-2 | 4/16/2018 | $1,526.40 |
| St. Francis Medical Center | St. Francis Medical Center | 458301 | $31,274.57 | 6/13/2018 | 611992925-11 | 4/16/2018 | $464.22 |
| St. Francis Medical Center | St. Francis Medical Center | 458301 | $31,274.57 | 6/13/2018 | 611992925-10 | 4/16/2018 | $1,766.05 |
| St. Francis Medical Center | St. Francis Medical Center | 458301 | $31,274.57 | 6/13/2018 | 611992925-1 | 4/16/2018 | $4,038.40 |
| St. Francis Medical Center | St. Francis Medical Center | 458063 | $5,693.40 | 6/5/2018 | 611992918-3 | 4/16/2018 | $1,975.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458063 | $5,693.40 | 6/5/2018 | 611992918-2 | 4/16/2018 | $1,849.60 |

Medtronic Sofamor Danek USA, Inc. dba MSD USA (2248088)  
Bankruptcy Case: Verity Health System of California, Inc.

Aug 24, 2020                                          Exhibit B                                          P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| St. Francis Medical Center | St. Francis Medical Center | 458063 | $5,693.40 | 6/5/2018 | 611992918-1 | 4/16/2018 | $1,868.80 |
| St. Francis Medical Center | St. Francis Medical Center | 457760 | $16,185.30 | 6/4/2018 | 611932187 | 3/30/2018 | $652.80 |
| St. Francis Medical Center | St. Francis Medical Center | 457760 | $16,185.30 | 6/4/2018 | 611920285 | 3/28/2018 | $2,612.50 |
| St. Francis Medical Center | St. Francis Medical Center | 457760 | $16,185.30 | 6/4/2018 | 611920273 | 3/28/2018 | $5,225.00 |
| St. Francis Medical Center | St. Francis Medical Center | 457760 | $16,185.30 | 6/4/2018 | 611920264 | 3/28/2018 | $2,470.00 |
| St. Francis Medical Center | St. Francis Medical Center | 457760 | $16,185.30 | 6/4/2018 | 611920254 | 3/28/2018 | $1,425.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458301 | $31,274.57 | 6/13/2018 | 611992925-6 | 4/16/2018 | $1,096.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162017-3 | 5/25/2018 | $1,868.80 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162033-4 | 5/25/2018 | $1,680.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162033-3 | 5/25/2018 | $10,440.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162033-2 | 5/25/2018 | $10,440.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162033-1 | 5/25/2018 | $5,220.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162025-9 | 5/25/2018 | $1,766.05 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162025-8 | 5/25/2018 | $1,892.19 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162025-7 | 5/25/2018 | $452.21 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162025-6 | 5/25/2018 | $2,192.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162025-5 | 5/25/2018 | $1,168.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162025-4 | 5/25/2018 | $9,120.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162025-3 | 5/25/2018 | $8,425.60 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162025-2 | 5/25/2018 | $1,526.40 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162003-12 | 5/25/2018 | $1,068.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162025-1 | 5/25/2018 | $4,038.40 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162033-5 | 5/25/2018 | $1,597.50 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162017-2 | 5/25/2018 | $1,849.60 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162017-1 | 5/25/2018 | $1,975.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162011-4 | 5/25/2018 | $1,975.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162011-3 | 5/25/2018 | $2,803.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162011-2 | 5/25/2018 | $2,000.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162011-1 | 5/25/2018 | $1,975.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162003-9 | 5/25/2018 | $273.79 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162003-8 | 5/25/2018 | $356.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162003-7 | 5/25/2018 | $1,068.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162003-6 | 5/25/2018 | $3,000.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162003-5 | 5/25/2018 | $2,120.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162003-4 | 5/25/2018 | $1,500.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162003-3 | 5/25/2018 | $975.00 |
| St. Francis Medical Center | St. Francis Medical Center | 458987 | $111,275.77 | 7/12/2018 | 612162025-10 | 5/25/2018 | $464.22 |

Totals:    4 transfer(s),    $164,429.04