**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Medtronic Sofamor Danek USA, Inc. dba MSD USA** |
| Bankruptcy Case: | **Verity Health System of California, Inc.** |
| Preference Period: | **Jun 2, 2018 - Aug 31, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| St. Vincent Medical Center | St. Vincent Medical Center | 389472 | $6,963.00 | 7/5/2018 | 2537139984-1 | 5/22/2018 | $2,847.00 |
| St. Vincent Medical Center | St. Vincent Medical Center | 388653 | $15,998.00 | 6/5/2018 | 2536091182 | 3/20/2018 | $2,800.00 |
| St. Vincent Medical Center | St. Vincent Medical Center | 388653 | $15,998.00 | 6/5/2018 | 2536091186-2 | 3/20/2018 | $3,066.00 |
| St. Vincent Medical Center | St. Vincent Medical Center | 388653 | $15,998.00 | 6/5/2018 | 2536091186-3 | 3/20/2018 | $383.25 |
| St. Vincent Medical Center | St. Vincent Medical Center | 388653 | $15,998.00 | 6/5/2018 | 2536091189-1 | 3/20/2018 | $500.00 |
| St. Vincent Medical Center | St. Vincent Medical Center | 388653 | $15,998.00 | 6/5/2018 | 2536091189-2 | 3/20/2018 | $350.00 |
| St. Vincent Medical Center | St. Vincent Medical Center | 388653 | $15,998.00 | 6/5/2018 | 2536265944 | 3/30/2018 | $3,066.00 |
| St. Vincent Medical Center | St. Vincent Medical Center | 388653 | $15,998.00 | 6/5/2018 | 2536422285 | 4/10/2018 | $3,066.00 |
| St. Vincent Medical Center | St. Vincent Medical Center | 388909 | $3,695.00 | 6/13/2018 | 611920431 | 3/28/2018 | $3,695.00 |
| St. Vincent Medical Center | St. Vincent Medical Center | 389146 | $6,132.00 | 6/19/2018 | 2536655912 | 4/23/2018 | $3,066.00 |
| St. Vincent Medical Center | St. Vincent Medical Center | 389146 | $6,132.00 | 6/19/2018 | 2536772051 | 4/27/2018 | $3,066.00 |
| St. Vincent Medical Center | St. Vincent Medical Center | 388653 | $15,998.00 | 6/5/2018 | 2536024999 | 3/15/2018 | $2,800.00 |
| St. Vincent Medical Center | St. Vincent Medical Center | 389323 | $5,694.00 | 6/25/2018 | 2537140002 | 5/22/2018 | $3,066.00 |
| St. Vincent Medical Center | St. Vincent Medical Center | 389886 | $21,878.75 | 8/6/2018 | 611412672-8 | 11/20/2017 | $491.63 |
| St. Vincent Medical Center | St. Vincent Medical Center | 389472 | $6,963.00 | 7/5/2018 | 2537139984-2 | 5/22/2018 | $525.00 |
| St. Vincent Medical Center | St. Vincent Medical Center | 389472 | $6,963.00 | 7/5/2018 | 2537139989-1 | 5/22/2018 | $3,024.00 |
| St. Vincent Medical Center | St. Vincent Medical Center | 389472 | $6,963.00 | 7/5/2018 | 2537139989-2 | 5/22/2018 | $567.00 |
| St. Vincent Medical Center | St. Vincent Medical Center | 389886 | $21,878.75 | 8/6/2018 | 611412672-1 | 11/20/2017 | $1.12 |
| St. Vincent Medical Center | St. Vincent Medical Center | 389886 | $21,878.75 | 8/6/2018 | 611412672-2 | 11/20/2017 | $8,410.00 |
| St. Vincent Medical Center | St. Vincent Medical Center | 389886 | $21,878.75 | 8/6/2018 | 611412672-3 | 11/20/2017 | $5,046.00 |
| St. Vincent Medical Center | St. Vincent Medical Center | 389886 | $21,878.75 | 8/6/2018 | 611412672-4 | 11/20/2017 | $2,500.00 |
| St. Vincent Medical Center | St. Vincent Medical Center | 389886 | $21,878.75 | 8/6/2018 | 611412672-5 | 11/20/2017 | $800.00 |
| St. Vincent Medical Center | St. Vincent Medical Center | 389886 | $21,878.75 | 8/6/2018 | 611412672-6 | 11/20/2017 | $2,130.00 |

Medtronic Sofamor Danek USA, Inc. dba MSD USA (2248088)  
Bankruptcy Case: Verity Health System of California, Inc.

Aug 24, 2020                                Exhibit C                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| St. Vincent Medical Center | St. Vincent Medical Center | 389886 | $21,878.75 | 8/6/2018 | 611412672-7 | 11/20/2017 | $2,500.00 |
| St. Vincent Medical Center | St. Vincent Medical Center | 389323 | $5,694.00 | 6/25/2018 | 2537075060 | 5/17/2018 | $2,628.00 |
| **Totals:** | | **6 transfer(s),** | **$60,360.75** | | | | |