David M. Guess (SBN 238241)
GREENBERG TRAURIG, LLP
18565 Jamboree Road, Suite 500
Irvine, CA 92612
Telephone: (949) 732-6508
Facsimile: (949) 732-6501
Email: guessd@gtlaw.com

*Attorneys for Defendant*
*Medtronic Sofamor Danek USA, Inc. dba MSD USA*

**FILED & ENTERED**

**SEP 10 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** evangeli **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>    Reorganized Debtors.<br><br>☒ AFFECTS ALL DEBTORS<br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>O'Connor Hospital, St. Francis Medical Center, and St. Vincent Medical Center,<br><br>    Plaintiffs,<br><br>    v.<br><br>Medtronic Sofamor Danek USA, Inc. dba MSD USA,<br><br>    Defendant. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly administered with:<br><br>Case No. 2:18-bk-20162-ER;<br>Case No. 2:18-bk-20163-ER;<br>Case No. 2:18-bk-20164-ER;<br>Case No. 2:18-bk-20165-ER;<br>Case No. 2:18-bk-20167-ER;<br>Case No. 2:18-bk-20168-ER;<br>Case No. 2:18-bk-20169-ER;<br>Case No. 2:18-bk-20171-ER;<br>Case No. 2:18-bk-20172-ER;<br>Case No. 2:18-bk-20173-ER;<br>Case No. 2:18-bk-20175-ER;<br>Case No. 2:18-bk-20176-ER;<br>Case No. 2:18-bk-20178-ER;<br>Case No. 2:18-bk-20179-ER;<br>Case No. 2:18-bk-20180-ER;<br>Case No. 2:18-bk-20181-ER<br><br>Chapter 11 Cases<br><br><br>Adv. Case No. 2:20-ap-01428-ER<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT TO AVOID AND RECOVER TRANSFERS PURSUANT TO 11 U.S.C. §§ 547, 549, AND 550 AND TO DISALLOW CLAIMS PURSUANT TO 11 U.S.C. § 502**<br><br>[No Hearing Required] |

1

ACTIVE 52452906v1

The Court, having read and considered the *Stipulation to Extend Defendant's Deadline to Answer, Move, or Otherwise Respond to the Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 549, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502* [Docket No. 3] (the "Stipulation") entered into, through counsel, by and between Plaintiffs O'Connor Hospital, St. Francis Medical Center, and St. Vincent Medical Center, on the one hand, and Defendant Medtronic Sofamor Danek USA, Inc. dba MSD USA (the "Defendant"), on the other hand, it is ORDERED:

1. The Stipulation is GRANTED; and

2. Defendant shall have until October 31, 2020 to file and serve its response to the Plaintiffs' complaint in the above-captioned adversary proceeding.

### #

Date: September 10, 2020

*Ernest M. Robles*
Ernest M. Robles
United States Bankruptcy Judge