JOSEPH L. STEINFELD, JR.
jsteinfeld@askllp.com
BRIGETTE MCGRATH
bmcgrath@askllp.com
GARY D. UNDERDAHL
gunderdahl@askllp.com
ASK LLP, 2600 Eagan Woods Drive
Suite 400, St. Paul, MN 55121
Tel: (651) 406-9665 / Fax: (651) 406-9676

*Counsel to Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Lead Case No. 2:18-bk-20151-ER |
| VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al*., | Jointly administered with:<br>Case No. 2:18-bk-20162-ER;<br>Case No. 2:18-bk-20163-ER;<br>Case No. 2:18-bk-20164-ER;<br>Case No. 2:18-bk-20165-ER; |
| Debtors and Debtors In Possession. | Case No. 2:18-bk-20167-ER;<br>Case No. 2:18-bk-20168-ER;<br>Case No. 2:18-bk-20169-ER;<br>Case No. 2:18-bk-20171-ER; |
| Howard Grobstein, Liquidating Trustee for the VHS Liquidating Trust, | Case No. 2:18-bk-20172-ER;<br>Case No. 2:18-bk-20173-ER;<br>Case No. 2:18-bk-20175-ER; |
| Plaintiff, | Case No. 2:18-bk-20176-ER;<br>Case No. 2:18-bk-20178-ER;<br>Case No. 2:18-bk-20179-ER;<br>Case No. 2:18-bk-20180-ER;<br>Case No. 2:18-bk-20181-ER; |
| v. | |
| Medtronic Sofamor Danek USA, Inc. dba MSD USA, | Chapter 11 Cases |
| Defendant. | Hon. Ernest M. Robles |
| | Adversary No. 20-01428 |
| | **NOTICE OF VOLUNTARY DISMISSAL OF AN ADVERSARY PROCEEDING THAT DOES NOT INVOLVE CLAIMS UNDER 11 U.S.C. § 727**<br><br>**[FRBP 7041(a)]** |

ASK LLP
2600 EAGAN WOODS DR., SUITE 400
EAGAN, MN 55121
(651) 406-9665

- 1 -

1

2     A complaint was filed on August 28, 2020 and none of the claims involve 11 U.S.C. §

3     727. No response has been filed with the Court or served on the Plaintiff. The Plaintiff hereby

4     voluntarily dismisses the Complaint, pursuant to Federal Rule of Civil Procedure

5     41(a)(1)(A)(i), incorporated by Federal Rule of Bankruptcy Procedure 7041(a). This dismissal is

6     with prejudice.

7

8

9                                    **ASK LLP**

10                                   2600 Eagan Woods Drive
                                     Suite 400, St. Paul, MN  55121
11                                   Tel: (651) 406-9665 / Fax: (651) 406-9676
                                     Joseph L. Steinfeld, Jr.
12                                   Brigette McGrath
                                     Gary D. Underdahl

13                                   By: _/s/ Gary D. Underdahl_
                                          Gary D. Underdahl, MN SBN 0301693
14                                        _(Admitted Pro Hac Vice)_

15                                   _Counsel for the Liquidating Trustee_

16

17

18

19

20

21

22

23

24

25

26

27

28

ASK LLP
2600 Eagan Woods Dr., Suite 400
Eagan, MN 55121
(651) 406-9665

ASK LLP
2600 EAGAN WOODS DR., SUITE 400
EAGAN, MN 55121
(651) 406-9665

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:   ASK LLP 2600 Eagan Woods Drive, Suite 400, Eagan, MN 55121

A true and correct copy of the foregoing document entitled: **NOTICE OF VOLUNTARY DISMISSAL OF AN ADVERSARY PROCEEDING THAT DOES NOT INVOLVE CLAIMS UNDER 11 U.S.C. § 727** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the Court via NEF and hyperlink to the document. On December 4, 2020.
  __X__ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
tania.moyron@dentons.com;  jsteinfeld@askllp.com;  guessd@gtlaw.com

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed:

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 4, 2020
  __X__ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Overnight FedEx Delivery:
Honorable Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

1   I declare under penalty of perjury under the laws of the United States that the foregoing is true

2   and correct.

3   December 4, 2020   */s/ Jean Esslinger*

4                                Jean Esslinger

ASK LLP
2600 EAGAN WOODS DR., SUITE 400
EAGAN, MN 55121
(651) 406-9665